IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JABARI WRIGHT,<br><br>        Plaintiff,<br><br>vs.<br><br>RAMONA'S RESTAURANT, LOUIS G. GODOY, and DOES 1-5,<br><br>        Defendants. | 8:15CV268<br><br>**ORDER** |

      This matter is before the Court on Plaintiff Jabari Wright's ("Wright") Motion to Dismiss without Prejudice (Filing No. 33).  Wright states the parties "have reached a settlement of their differences."  The Court finds the above-captioned action should be dismissed without prejudice, and each party will bear their own attorney fees and costs. *See* Fed. R. Civ. P. 41(a).

    IT IS ORDERED:

    1.    Wright's Motion to Dismiss without Prejudice (Filing No. 33) is GRANTED.

    2.    The above-captioned action is DISMISSED without prejudice.

    3.    The Court will not assess any fees or costs.

Dated this 29th day of September, 2016.

                                          BY THE COURT:

                                          s/ *Robert F. Rossiter, Jr.*
                                          United States District Judge